1  QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP
2  Claude M. Stern (Bar No. 096737)
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065
   Telephone:    (650) 801-5000
4  Facsimile:    (650) 801-5100
   Email:    claudestern@quinnemanuel.com
5
   Attorneys for Plaintiff
6  Corbis Corporation
7

ORIGINAL
FILED

JAN 3 1 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

8          UNITED STATES DISTRICT COURT                    3Z

9          NORTHERN DISTRICT OF CALIFORNIA

10

11  CORBIS CORPORATION,                    C 06 0673

12              Plaintiff,          CASE NO.

13      v.                          COMPLAINT FOR COPYRIGHT
                                    INFRINGEMENT AND VIOLATION OF
14  EFUNDS CORPORATION,             THE DIGITAL MILLENNIUM
                                    COPYRIGHT ACT; DEMAND FOR
15              Defendant.          JURY TRIAL

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Corbis Corporation, through its attorneys, complaining of Defendant eFunds

2    Corporation alleges as follows:

3        1.    This is a civil action seeking damages for copyright infringement and violations of

4    the Digital Millennium Copyright Act ("DMCA").  As explained below, Defendant has made

5    widespread and repeated use without permission of images owned or controlled by Plaintiff,

6    contrary to the copyright laws.

7

8    **JURISDICTION AND VENUE**

9        2.    *Jurisdiction.*  The Court has subject matter jurisdiction over this action pursuant

10   to 28 U.S.C., Sections 1331 and 1338(a), as this action involves claims brought under federal

11   law, the United States Copyright Act, 17 U.S.C. §§ 101 *et seq.*  This Court has personal

12   jurisdiction over Defendant as it may be found to do business in the state of California.

13       3.    *Venue.*  Venue in this Court is proper pursuant to 28 U.S.C., Section 1391(c) and

14   1400(a), as Defendant is subject to personal jurisdiction in this judicial district.

15

16   **INTRADISTRICT ASSIGNMENT**

17       4.    Because this action is an Intellectual Property Action within the meaning of Civil

18   Local Rule 3-2(c), the action is to be assigned on a district wide basis.

19

20   **THE PARTIES**

21       5.    Plaintiff Corbis Corporation ("Corbis") is a Washington corporation with its

22   principal place of business at 710 Second Avenue, Suite 200, Seattle, King County, Washington.

23       6.    Upon information and belief, Defendant eFunds Consultants, Inc. ("eFunds") is a

24   corporation with its principal place of business at 8501 North Scottsdale Road, Suite 300,

25   Scottsdale, Arizona 85253.

26

27

28

# BACKGROUND

7.     Corbis is in the business of licensing background photographs and fine art images on behalf of itself and the photographers and other licensors it represents.  Generally, the images in Corbis' collection were taken by professional photographers who earn most or all of their livelihoods from the licensing fees Corbis is able to obtain for their images.  Many of the images in Corbis' collection are produced by well-known photographers, and the collection includes some of the most recognized images in contemporary society.

8.     The images in Corbis' collection are the subject of copyright protection under the laws of the United States, and at considerable expense and effort, Corbis has protected images in its collection by systematically registering the copyrights to the images.

9.     Corbis owns and operates a website located at the Internet address www.corbis.com.  At Corbis' website, professional users are able to search hundreds of thousands of images from Corbis' collection and then pay to license the images for specific commercial uses.

10.     Upon information and belief, eFunds is a company incorporated in Delaware and based in Arizona that is engaged in the business of providing electronic transaction processing services, check authorization, account verification, fraud detection, and other services to financial services, retailers, government, and the telecom industry.  At all times relevant hereto, eFunds owned and operated a website located at www.efunds.com.

11.     Upon information and belief, eFunds is engaged in substantial, continuous, and systematic business activities within the state of California.  Upon information and belief, eFunds has purposefully availed itself of the privilege of conducting business in the state of California by conducting said business activities in California.  Further, upon information and belief a portion of the infringing activities alleged herein occurred in the state of California because eFunds purposefully directed its www.efunds.com website to California in an effort to advertise its services and solicit business in the state of California.

12.     Upon information and belief, on an as yet unknown date, eFunds or its agent visited Corbis' website, and without authorization, downloaded or copied numerous Corbis

1   images that had previously been registered with the United States Copyright Office.  Then

2   eFunds or its agent uploaded these same images to its www.efunds.com website for display on its

3   website, as part of the marketing and advertising material presented on that site in order to attract

4   business to eFunds.  The same images were included on the www.efunds.com website at least

5   until September 30, 2005.

6          13.    Attached hereto as Exhibit A are true and correct copies of each of the Corbis

7   images previously registered with the Copyright Office, with screen shots taken from the

8   www.efunds.com website depicting these images from Corbis' collection that were used by

9   eFunds without authorization and displayed on its website.

10         14.    At all relevant times hereto, eFunds displayed these copyright images on its

11  website without license or other authorization from Corbis.

12         15.    Attached hereto as Exhibit B is a chart identifying the United States Copyright

13  Office registration certificate numbers and registration dates for the Corbis images displayed in

14  Exhibit A, evidencing that Corbis owns or controls the registered copyrights to the images that

15  were displayed on the www.efunds.com website.

16

17                  **FIRST CLAIM FOR RELIEF- COPYRIGHT INFRINGEMENT**

18         16.    Corbis repeats and realleges the allegations of Paragraphs 1 through 15 as if fully

19  set forth herein.

20         17.    Corbis holds valid and exclusive registered copyrights to the images that are the

21  subject of this action and that are evidenced by the copyright registration certificates referenced

22  by Exhibit B.

23         18.    Upon information and belief, eFunds reproduced, distributed and displayed those

24  images without Corbis' authorization.

25         19.    The actions and conduct by eFunds as described above infringe upon the

26  exclusive rights of Corbis granted by Section 106 of the Copyright Act, 17 U.S.C. § 106, to

27  display, reproduce, and distribute the registered copyright works to the public.

28

1     20.     Such actions and conduct by eFunds constitute copyright infringement under

2 Section 501 of the Copyright Act, 17 U.S.C. § 501.

3     21.     As a result of the copyright infringement described above, Corbis is entitled to

4 relief including, but not limited to, injunctive relief, actual or statutory damages, statutory costs

5 and attorney's fees, and prejudgment interest.

6

7             **SECOND CLAIM FOR RELIEF- DMCA VIOLATION**

8     22.     Corbis repeats and realleges the allegations of Paragraphs 1 through 21 as if fully

9 set forth herein.

10     23.     All of the images that are the subject of this lawsuit were displayed on the

11 www.corbis.com website with corresponding copyright management information ("CMI"). Upon

12 information and belief, when eFunds or its agents duplicated and displayed the subject images on

13 its www.efunds.com website, it removed the CMI from each of the 6 unique images, and in each

14 of the 40 instances of those images, used by eFunds. The removal of the CMI from each of these

15 images in order to induce, enable, facilitate or conceal eFunds' infringement of those images, as

16 described above, constitutes a violation of the Digital Millennium Copyright Act, 17 U.S.C. §

17 1202(b).

18     24.     As a result of the conduct described above, plaintiff is entitled to relief including,

19 but not limited to, injunctive relief, actual or statutory damages, statutory costs and attorneys'

20 fees, and prejudgment interest.

21

22                  **RELIEF REQUESTED**

23     WHEREFORE, Corbis prays for relief as follows:

24     1.     For an order permanently enjoining Defendant from infringing Corbis'

25 copyrighted images pursuant to Section 502 of the Copyright Act, 17 U.S.C. § 502, and

26 permanently enjoining Defendant from displaying Corbis' copyrighted images pursuant to the

27 DMCA, 17 U.S.C. § 1203(b);

28

1       2.     For an award of Defendant's profits and for damages in such amount as may be

2  found, or for statutory damages of (a) not less than $750 or more than $30,000 per image

3  pursuant to 17 U.S.C. § 504(c)(1) or, upon a finding of willful infringement pursuant to 17

4  U.S.C. § 504(c)(2), up to $150,000 per image, and (b) not less than $2500 or more than $25,000

5  per image pursuant to 17 U.S.C. § 1203(c)(3)(B);

6       3.     For an award of costs, pursuant to 17 U.S.C., Sections 505 and 1203(b)(4);

7       4.     For an award of reasonable attorneys' fees, pursuant to 17 U.S.C., Sections 505

8  and 1203(b)(5);

9       5.     For an award of prejudgment interest on the amount of any award to Plaintiff; and

10       6.     For such other and further relief as the Court deems just and equitable.

11

12

13  Dated: January 30, 2006          QUINN EMANUEL URQUHART

14                     OLIVER & HEDGES, LLP

15

16                 By

17                     Claude M. Stern

                     Attorneys for Plaintiff

18                     Corbis Corporation

19

20

21

22

23

24

25

26

27

28

1

**DEMAND FOR JURY TRIAL**

2          Plaintiff Corbis Corporation hereby demands a jury trial on all issues properly tried to a

3  jury.

4

5  Dated: January 26, 2006

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

6

7

8          By:

9              Claude M. Stern
               Attorneys for Plaintiff
10             Corbis Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATION OF INTERESTED PARTIES

2        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

3  named parties, there is no such interest to report.

4

5  Dated: January 30, 2006

6

                                     QUINN EMANUEL URQUHART
                                        OLIVER & HEDGES, LLP

7

8                                By:

9                                    Claude M. Stern
                                    Attorneys for Plaintiff

10                                Corbis Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A



| I-186-0197| RM| © Cameron/CORBIS |
|---|
| **IMAGE URL**  http://www.efunds.com/images/us_solutions_right.gif |
| **Page URL**  http://www.efunds.com/us/en/solutions/index.cnt |





| I-186-0197\| RM\| © Cameron/CORBIS | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/comp_a2z/index.cnt |





I-186-0197 | RM | © Cameron/CORBIS

| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
|-----------|------------------------------------------------------|
| Page URL | http://www.efunds.com/us/en/solutions/market_a2z/index.cnt |





| I-186-0197| RM| © Cameron/CORBIS | |
| --- | --- |
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/000958.cnt |



I-186-0197| RM| © Cameron/CORBIS

| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
|-----------|-----------------------------------------------------|
| Page URL  | http://www.efunds.com/us/en/solutions/000959.cnt    |





| | |
|---|---|
| I-186-0197 \| RM \| © Cameron/CORBIS | |
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/000957.cnt |



| I-186-0197\| RM\| © Cameron/CORBIS | |
| --- | --- |
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/demos/index.cnt |



| I-186-0197| RM| © Cameron/CORBIS | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/001169.cnt |





| I-186-0197 | RM | © Cameron/CORBIS | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/001374.cnt |



| I-186-0197 | RM | © Cameron/CORBIS | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/categories/index.html |



I-186-0197| RM| © Cameron/CORBIS

| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
|-----------|----------------------------------------------------|
| Page URL  | http://www.efunds.com/us/en/solutions/categories/001456.cnt |





| I-186-0197| RM| © Cameron/CORBIS | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/categories/001455.cnt |



I-186-0197| RM| © Cameron/CORBIS

| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
|---|---|
| Page URL | http://www.efunds.com/us/en/solutions/categories/001550.cnt |





| I-186-0197| RM| © Cameron/CORBIS |  |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/categories/001531.cnt |





| | |
|---|---|
| **I-186-0197\| RM\| © Cameron/CORBIS** | |
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/categories/course.frm |



| I-186-0197| RM| © Cameron/CORBIS | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/market_a2z/fsc/index.cnt |





| I-186-0197\| RM \| © Cameron/CORBIS | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/market_a2z/net/index.cnt |





| I-186-0197 | RM | © Cameron/CORBIS | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/market_a2z/ret/index.cnt |



| | |
|---|---|
| **I-186-0197| RM| © Cameron/CORBIS** | |
| IMAGE URL | http://www.efunds.com/images/us_solutions_right.gif |
| Page URL | http://www.efunds.com/us/en/solutions/market_a2z/gov/index.cnt |



| AX034121| RM| © Patrik Giardino/CORBIS | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_about_efunds_right.gif |
| Page URL | http://www.efunds.com/us/en/about_efunds/001038.cnt |



| AX034121 | RM | © Patrik Giardino/CORBIS |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_about_efunds_right.gif |
| Page URL | http://www.efunds.com/us/en/about_efunds/contact_us/kit.frm |



| AX034121| RM| © Patrik Giardino/CORBIS | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_about_efunds_right.glf |
| Page URL | http://www.efunds.com/us/en/about_efunds/contact_us/hr.frm |



| AX034121| RM| © Patrik Giardino/CORBIS | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_about_efunds_right.gif |
| Page URL | http://www.efunds.com/us/en/about_efunds/contact_us/webmaster.frm |



AX034121| RM| © Patrik Giardino/CORBIS

| IMAGE URL | http://www.efunds.com/images/us_about_efunds_right.gif |
|---|---|
| Page URL | http://www.efunds.com/us/en/about_efunds/index.cnt |



| AX034121 | RM | © Patrik Giardino/CORBIS |
| IMAGE URL | http://www.efunds.com/images/us_about_efunds_right.gif |
| Page URL | http://www.efunds.com/us/en/about_efunds/000940.cnt |





| AX034121| RM| © Patrik Giardino/CORBIS | |
| --- | --- |
| IMAGE URL | http://www.efunds.com/images/us_about_efunds_right.gif |
| Page URL | http://www.efunds.com/us/en/about_efunds/000874.cnt |



AX034121 | RM| © Patrik Giardino/CORBIS

| IMAGE URL | http://www.efunds.com/images/us_about_efunds_right.gif |
| Page URL | http://www.efunds.com/us/en/about_efunds/000879.cnt |





| | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_about_efunds_right.gif |
| Page URL | http://www.efunds.com/us/en/about_efunds/000886.cnt |



| AX034121| RM| © Patrik Giardino/CORBIS | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_about_efunds_right.gif |
| Page URL | http://www.efunds.com/us/en/about_efunds/000875.cnt |



| AX034121| RM| © Patrik Giardino/CORBIS | |
| --- | --- |
| IMAGE URL | http://www.efunds.com/images/us_about_efunds_right.gif |
| Page URL | http://www.efunds.com/us/en/about_efunds/000889.cnt |





| | AX034121\| RM\| © Patrik Giardino/CORBIS |
|---|---|
| IMAGE URL | http://www.efunds.com/images/us_about_efunds_right.gif |
| Page URL | http://www.efunds.com/us/en/about_efunds/whitepapers/index.cnt |





O-034-0296| RM| © Koopman/CORBIS

| IMAGE URL | http://www.efunds.com/images/us_news_and_events_right.glf |
| Page URL | http://www.efunds.com/us/en/news_and_events/001143.cnt |





O-034-0296| RM| © Koopman/CORBIS

| IMAGE URL | http://www.efunds.com/images/us_news_and_events_right.gif |
|-----------|-----------------------------------------------------------|
| Page URL  | http://www.efunds.com/us/en/news_and_events/archive/index.cnt |



| | |
|---|---|
| **I-186-0216| RM| ©LWA-Stephen Welstead/CORBIS** | |
| IMAGE URL | http://www.efunds.com/images/us_news_and_events_right.gif |
| Page URL | http://www.efunds.com/us/en/news_and_events/001143.cnt |





**I-186-0216| RM| ©LWA-Stephen Welstead/CORBIS**

| IMAGE URL | http://www.efunds.com/images/us_news_and_events_right.gif |
|-----------|-----------------------------------------------------------|
| Page URL  | http://www.efunds.com/us/en/news_and_events/001123.cnt    |





I-186-0216| RM| ©LWA-Stephen Welstead/CORBIS

| IMAGE URL | http://www.efunds.com/images/us_news_and_events_right.gif |
|-----------|-----------------------------------------------------------|
| Page URL  | http://www.efunds.com/us/en/news_and_events/archive/index.cnt |



| | |
|---|---|
| IMAGE URL | http://www.efunds.com/images/en/careers/index-1.gif |
| Page URL | http://www.efunds.com/us/en/careers/index.cnt |



AX036153| RM| © Patrik Giardino/CORBIS

| IMAGE URL | http://www.efunds.com/images/us_quick_facts_right.gif |
|-----------|------------------------------------------------------|
| Page URL | http://www.efunds.com/us/en/quick_facts/index.cnt |



# Exhibit B

| Corbis ID | Certificate Number | Copyright Date |
|-----------|--------------------|-----------------| 
| I-186-0197 | VA 1-145-485 | 8/15/2002 |
| AX034121 | VA 1-113-639 | 3/19/2001 |
| O-034-0296 | VA 1-145-485 | 8/15/2002 |
| I-186-0216 | VA 1-145-485 | 8/15/2002 |
| O-049-0488 | VA 1-145-485 | 8/15/2002 |
| AX036153 | VAu 546-092 | 12/12/2001 |