SHAND S. STEPHENS, Bar No. 67694
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501
E-mail: shand.stephens@dlapiper.com

Attorneys for Third-Party Defendant
SCANDENT GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EFUNDS CORPORATION,<br><br>Defendant and Third-Party Plaintiff<br><br>v.<br><br>SCANDENT GROUP, INC.,<br><br>Third-Party Defendant. | CASE NO. C 06 0673 SI<br><br>The Honorable Susan Illston<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THIRD-PARTY DEFENDANT SCANDENT GROUP, INC. TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6.1, the parties agree and stipulate that the time in which Third-Party Defendants Scandent Group, Inc. may answer or otherwise respond to eFunds Corporation's Third-Party Complaint filed and served in this action is extended for thirty (30) days, to and including May 10, 2006.

---

SANF1\344420.1
212045-20

-1-
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THIRD-PARTY
DEFENDANT SCANDENT GROUP, INC. TO RESPOND TO COMPLAINT

DLA PIPER RUDNICK
GRAY CARY US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| 1 | Dated: April 11, 2006 | |
| 2 | | DLA PIPER RUDNICK GRAY CARY US LLP |
| 3 | | |
| 4 | | By _____<br>SHAND S. STEPHENS |
| 5 | | Attorneys for Third-Party Defendant<br>SCANDENT GROUP, INC. |
| 6 | Dated: April 11, 2006 | |
| 7 | | SEVERSON & WERSON |
| 8 | | |
| 9 | | By _____ |
| 10 | | Attorneys for Defendant<br>EFUNDS CORPORATION |

**IT IS SO ORDERED.**

Dated: April ___, 2006

_____
United States District Court Judge

DLA PIPER RUDNICK
GRAY CARY US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SANF1\344420.1
212045-20

-2-