| | |
|---|---|
| QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>Claude M. Stern (Bar No. 096737)<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: claudestern@quinnemanuel.com<br><br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>Emily C. O'Brien (Bar No. 240072)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>Email: emilyobrien@quinnemanuel.com<br><br>Attorneys for Plaintiff<br>Corbis Corporation | SEVERSON & WERSON<br>Scott J. Hyman (SBN 148709)<br>Eric J. Gribbin (SBN 205877)<br>One Embarcadero Center, Suite 2600<br>San Francisco, California, 94111<br>Telephone: (415) 398-3344<br>Facsimile: (415) 956-0439<br>Email: sjh@severson.com<br>Email: ejg@severson.com<br><br>MICHAEL BEST & FRIEDRICH, LLP<br>Michael E. Hussman (pro hac vice)<br>Thomas A. Miller (pro hac vice)<br>Joseph T. Miotke (pro hac vice)<br>100 East Wisconsin Avenue, Suite 3300<br>Milwaukee, Wisconsin 53202-4108<br>Telephone: (414) 271-6560<br>Facsimile: (414) 271-0656<br>Email: jtmiotke@michaelbest.com<br>Attorneys for Defendant and Third Party<br>Plaintiff<br>eFunds Corporation |

ATTORNEYS FOR THIRD-PARTY DEFENDANT IDENTIFIED ON SIGNATURE PAGE

PURSUANT TO LOCAL RULE 3-4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORBIS CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>EFUNDS CORPORATION,<br><br>    Defendant and Third-Party Plaintiff<br><br>v.<br><br>SCANDENT GROUP, INC.<br><br>    Third Party-Defendant. | CASE NO. C 06-00673 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING OF ADR CERTIFICATION AND STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS** |

## STIPULATION

WHEREAS:

A. Plaintiff Corbis Corporation ("Corbis") filed its Complaint for Copyright Infringement and Violation of the Digital Millennium Copyright Act ("Complaint") on January 31, 2006.

B. Corbis served its Summons and Complaint on eFunds Corporation ("eFunds") on February 2, 2006.

C. Corbis and eFunds stipulated to an Extension of Time for Defendant eFunds Corporation to Respond to the Complaint, from February 22, 2006 to March 8, 2006.

D. eFunds filed its Answer to the Complaint on March 8, 2006.

E. eFunds filed its Third-Party Complaint on Scandent Group, Inc. ("Scandent") on March 21, 2006.

F. eFunds served its Summons and Third-Party Complaint on Scandent on March 22, 2006.

G. eFunds and Scandent stipulated to Extend Time for Third-Party Scandent Group, Inc. to Respond to the Third-Party Complaint, which the Court approved, from April 11, 2006 to May 10, 2006.

H. The Clerk of the Court filed Notice on April 5, 2006 rescheduling the Initial Case Management Conference from May 19, 2006 to May 12, 2006, and setting the filing date for the Joint Case Management Statement for May 9, 2006.

I. The Court in its Initial Case Management Order set April 17, 2006 as the deadline for filing the ADR Certification and Stipulation and (Proposed) Order Selecting ADR Process, pursuant to Civil Local Rule 16-8.

J. The parties held their 26(f) conference on April 12, 2006 and discussed the alternate dispute resolution options available. The parties determined that more time was needed to discuss Alternate Dispute Resolution and identify what form of ADR Process all parties would agree to select.

K. The extension of time for filing the ADR Certification and Stipulation and (Proposed) Order Selecting ADR Process will have no effect on the schedule for the case.

Accordingly, IT IS HERBY STIPULATED by and between Corbis, eFunds, and Scandent, through their respective counsel, as follows:

The Parties shall jointly file an ADR Certification and Stipulation and (Proposed) Order Selecting ADR Process by May 3, 2006.

DATED: April 17, 2006      QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By /s/ Emily C. O'Brien
Emily C. O'Brien
Attorneys for Plaintiff
Corbis Corporation

DATED: April 17, 2006      SEVERSON & WERSON

By /s/ Eric. J. Gribbin
Eric J. Gribbin
Attorneys for Defendant and Third-Party Complainant
eFunds Corporation

DATED: April 17, 2006      DLA PIPER RUDNICK GRAY CARY US LLP

By /s/ Shand S. Stephens
Shand S. Stephens
Attorneys for Third-Party Defendant
Scandent Group, Inc.

COUNSEL FOR THIRD-PARTY DEFENDANT:

DLA PIPER RUDNICK GRAY CARY US LLP
  Shand S. Stephens (Bar No. 67694)
153 Townsend Street, Suite 800
San Francisco, California 94107-1517
Telephone:    (415) 836-2500
Facsimile:     (415) 836-2501
Email: shand.stephens@dlapiper.com

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Honorable Susan Illston
United States District Judge