UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>EFUNDS CORPORATION,<br><br>    Defendant and<br>    Third-Party Plaintiff<br><br>v.<br><br>SCANDENT GROUP, INC.,<br><br>    Third-Party Defendant. | Case No.  C 06 0673 SI<br><br>The Honorable Susan Illston<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF THIRD-PARTY COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1) AND (c)** |

Based upon the Notice of Dismissal of Third-Party Complaint filed herewith and pursuant to Federal Rules of Civil Procedure 41(a)(1) and (c),

IT IS HEREBY ORDERED that the third-party complaint in the above-captioned matter be DISMISSED, WITHOUT PREJUDICE AND WITHOUT COSTS to any party hereto.

Dated this ___ day of May, 2006.

_____
Hon. Susan Illston
United States District Court Judge

31176/0023/581791.1

[PROPOSED] ORDER FOR DISMISSAL OF THIRD-PARTY COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1) AND (c)
Case No.:  C 06 0673 SI