SHAND S. STEPHENS, Bar No. 67694
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501
E-mail: shand.stephens@dlapiper.com

Attorneys for Third-Party Defendant
SCANDENT GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>EFUNDS CORPORATION,<br><br>    Defendant and Third-Party Plaintiff<br><br>v.<br><br>SCANDENT GROUP, INC.,<br><br>    Third-Party Defendant. | CASE NO. C 06 0673 SI<br><br>The Honorable Susan Illston<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THIRD-PARTY DEFENDANT SCANDENT GROUP, INC. TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6.1, the parties agree and stipulate that the time in which Third-Party Defendant Scandent Group, Inc. may answer or otherwise respond to eFunds Corporation's Third-Party Complaint filed and served in this action is extended for another thirty (30) days, to and including June 9, 2006. Counsel for eFunds Corporation and the Scandent Group, Inc. have conferred and believe that such extension has the potential to minimize costs and possibly remove Scandent from this litigation.

-1-
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THIRD-PARTY
DEFENDANT SCANDENT GROUP, INC. TO RESPOND TO COMPLAINT

Dated: May 3, 2006

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
SHAND S. STEPHENS
Attorneys for Third-Party Defendant
SCANDENT GROUP, INC.

Dated: May 2, 2006

MICHAEL, BEST & FRIEDRICK, LLP

/s/ Joseph T. Miotke
By _____

Attorneys for Defendant
EFUNDS CORPORATION

**IT IS SO ORDERED.**

Dated: May ___, 2006

_____
United States District Judge

-2-