IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION, | No. C 06-00673 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| EFUNDS CORPORATION, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 8, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 30, 2006.

DESIGNATION OF EXPERTS: 1/15/07; REBUTTAL: 2/5/07.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 2, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by March 9, 2007;

Opp. Due March 23, 2007; Reply Due March 30, 3007;

and set for hearing no later than April 13, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 22, 2007 at 3:30 PM.

JURY TRIAL DATE: June 4, 2007 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

By May 26, 2006, counsel shall submit a protective order to the Court.
All new parties must be added to the case by July 14, 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/15/06

SUSAN ILLSTON
United States District Judge