UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORBIS CORPORATION,<br><br>   Plaintiff,<br><br>vs.<br><br>EFUNDS CORPORATION,<br><br>   Defendant. | CASE NO. C 06-00673 SI<br><br>STIPULATED PERMANENT INJUNCTION AND DISMISSAL OF ALL CLAIMS |

## ORDER

The Court has before it the stipulation of Plaintiff Corbis Corporation and Defendant eFunds Corporation. Based on the stipulation, pursuant to Federal Rule of Civil Procedure 41, the Court hereby ORDERS, DECREES, and ADJUDGES as follows:

1. Defendant eFunds Corporation, and any and all of its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with it who receive actual notice of this Order are prohibited and enjoined from engaging in any of the following conduct:

   a. Either directly or indirectly, contributorily or vicariously, taking any action to reproduce, distribute, publish, display, sell, offer for sale, or create derivative works of the images identified in attached Exhibit A.

   b. Using the images identified in attached Exhibits A in connection with the advertising, promoting, offering for sale or sale of any product or service.

2. Immediately upon entry of this Order, eFunds Corporation shall review its paper and electronics files and systems related to its website and remove, delete and otherwise destroy all uses of the images identified in Exhibit A from such files and systems and shall ensure that

1  they have blocked access to, deleted and destroyed any and all copies of the images identified in
2  attached Exhibit A.
3
       3.    This permanent injunction is effective immediately.
4
       4.    All claims remaining in this action are hereby dismissed with prejudice. Each party
5
   shall bear its own costs and attorneys' fees.
6
7
8  DATED: ___8/1/06___, 2006
9
10                                          By_____
                                            Honorable Susan Illston
11                                          United States District Judge

-2-                                                    Case No. C 05 4806 (MEJ)
STIPULATED JUDGMENT AND DISMISSAL

## STIPULATION

Plaintiff Corbis Corporation and Defendant eFunds Corporation hereby stipulate to entry of the aforesaid permanent injunction and dismissal of all claims.

DATED: July 26, 2006        CORBIS CORPORATION

By [signature]

DATED: July 24, 2006        EFUNDS CORPORATION

By [signature]
Steven F. Coleman

APPROVED AS TO FORM

DATED: July 28, 2006, 2005        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By     /s/ Claude M. Stern
Claude M. Stern (096737)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
*Attorneys for Corbis Corporation*

STIPULATED JUDGMENT AND DISMISSAL        -3-        Case No. C 05 4806 (MEJ)